

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00309-CV

**IN RE TAPS & CAPS BEER PUB, LLC**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Jason Pulliam, Justice

Delivered and Filed:  June 3, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On May 19, 2015, relator Taps & Caps Beer Pub, LLC filed a petition for writ of mandamus complaining of three trial court orders granting a continuance, overruling objections to summary judgment evidence and denying relator's no-evidence motion for summary judgment. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2014-CI-00342, styled *Angela Moran and James Urban v. Delmis Edmond Shields and Taps & Caps Beer Pub, LLC d/b/a Buckles County Bar & Lounge*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel and the Honorable Laura Salinas presiding.